IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-CV-164-D

GREGORY BUSCEMI, et al.,

    Plaintiffs,

v.        **ORDER**

KAREN BRINSON BELL, Executive
Director of the North Carolina State
Board of Elections,

    Defendant.

On September 10, 2019, plaintiffs moved for a preliminary injunction [D.E. 12] and filed a memorandum [D.E. 15] and notices [D.E. 13, 14] in support. On September 11, 2019, plaintiffs filed an emergency motion to expedite briefing on plaintiffs' motion for a preliminary injunction [D.E. 17]. On September 12, 2019, defendant responded in opposition [D.E. 19]. On the same day, plaintiffs replied [D.E. 20].

The court has considered the record and the parties' filings under the governing standard. The court agrees with defendant. See [D.E. 19]. Accordingly, the court DENIES plaintiffs' motion for expedited briefing [D.E. 17].

SO ORDERED. This 13 day of September 2019.

                JAMES C. DEVER III
                United States District Judge