UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:19-CV-00164-D

| | |
|---|---|
| KYLE KOPITKE, GREG BUSCEMI, and WILLIAM CLARK, <br><br> Plaintiffs, <br><br> v. <br><br> KAREN BRINSON BELL, in her official capacity as Executive Director of the North Carolina State Board of Elections, <br><br> Defendant. | **ORDER EXTENDING TIME TO FILE ANSWER OR OTHERWISE PLEAD** |

THIS MATTER is before the court on Defendant's motion to extend the time to respond to Plaintiffs' Complaint.

For good cause shown in the motion, IT IS THEREFORE ORDERED that the time for Defendant to respond to Plaintiffs' Complaint, is hereby extended to and includes October 1, 2019.

This the 19 day of September 2019.

_____