UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| GREGORY BUSCEMI et al, ) | | |
| ) | | |
| Plaintiffs, ) | | |
| ) | | |
| v. ) | | JUDGMENT IN A CIVIL CASE |
| ) | | CASE NO. 7:19-CV-164-BO |
| ) | | |
| KAREN BRINSON BELL, in her ) | | |
| official capacity as Executive ) | | |
| Director of the North Carolina ) | | |
| State Board of Elections, ) | | |
| ) | | |
| Defendant. ) | | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendant's motion to dismiss [DE 24] under Rule 12(b)(6) is GRANTED. Consequently, plaintiffs have not shown likely success on the merits, and their motion for preliminary and permanent injunction [DE 12] is DENIED. Plaintiffs' remaining motions [DE 29, 31, 34, 37] are DENIED AS MOOT. Plaintiffs' complaint is DISMISSED. The Clerk is DIRECTED to close the case.

This Judgment Filed and Entered on November 22, 2019 with service on:
Alan P. Woodruff  (via CM/ECF NEF)
Gregory Buscemi (via CM/ECF NEF)
Paul M. Cox       (via CM/ECF NEF)

11/22/2019                                    PETER A. MOORE, JR., CLERK

(By): Donna Rudd, Deputy Clerk