FILED: December 2, 2019

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 19-2355
(7:19-cv-00164-BO)

_____

GREGORY BUSCEMI; KYLE KOPITKE; WILLIAM CLARK

      Plaintiffs - Appellants

v.

EXECUTIVE DIRECTOR KAREN BRINSON BELL, in her official capacity as Executive Director of the North Carolina State Board of Elections

      Defendant - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of North Carolina at Wilmington |
| Originating Case Number | 7:19-cv-00164-BO |
| Date notice of appeal filed in originating court: | 11/25/2019 |
| Appellant(s) | Gregory Buscemi |
| Appellate Case Number | 19-2355 |
| Case Manager | Rickie Edwards 804-916-2702 |